July 5, 2011

United States Bankruptcy Court
Southern District Of New York

**ATTENTION:  <u>FRANCIS</u>**

To Whom It May Concern:

        **RE: Case #    08-37245**
            **Chapter : 13**
            **Property: 24 Old Country Road**
                **Monroe, NY 10950**

     Please be advised that I would like to request postphonement of hearing dated July 19, 2011, my case #08-37245, Chapter 13, Property 24 old Country Road Monroe, NY 10950 because my lawyer just told me that he will not be able to represent me that date and has advised me that I should not show up in court that day. I truly belive that my case should be heared with my legal representative.

I hope you will consider my request to postphone the hearing.

Sincerely Yours,

*[signature]*

Nelsie Pastrano-Redula
24 Old Country Road
Monroe, NY 10950
Tel.#845-674-5521
Tel #: 212-288-1575